IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
At Martinsburg

LANCER INSURANCE COMPANY,

       Plaintiff,                            Civil Action No. 3:09CV18

v.                                           Judge John Preston Bailey

VIP LIMOUSINE SERVICE, LTD, et al.,

       Defendants.

### ANSWER TO AMENDED COMPLAINT OF DEFENDANT
### RYAN INCORPORATED CENTRAL

       Comes now Defendant Ryan Incorporated Central, by and through its counsel, Patrick J. Nooney, Esquire, and the law firm of PATRICK J. NOONEY, P.A., and for its Answer to the Amended Complaint filed herein states:

### FIRST DEFENSE

       1.       That the Amended Complaint, or portions thereof, fails to state a claim(s) against this Defendant upon which relief may be granted herein.

### SECOND DEFENSE

       2.       That this Defendant admits the corporate and residence allegations contained in paragraphs 1, 2, 3, 4, 5 6, 8, 9, and 10 in the Amended Complaint; and it admits the vehicle ownership alleged in paragraph 19 in the Amended Complaint; and it admits that an ongoing civil action is pending between the Defendants herein, and others, in the Circuit Court of Jefferson County, West Virginia, Civil Action No. 06-C-243, as alleged in paragraphs 15 and 16 in the Complaint; and it admits that certain general allegations were made in that Jefferson County action ("Jefferson County litigation"), as generally set forth in paragraphs 17, 18, and 20

in the Amended Complaint, and to that extent only, i.e. the fact that such general allegations were made in the Jefferson County litigation, as alleged in paragraphs 17, 18, and 20 in the Amended Complaint herein, is admitted.

### THIRD DEFENSE

3. That it denies the residence allegations for Defendants Snyder as contained in paragraph 7 in the Amended Complaint, but it admits that they are the duly appointed Personal Representatives of the Estate of Michael C. Snyder, deceased.

### FOURTH DEFENSE

4. That this Defendant lacks knowledge or information sufficient to form a belief concerning the truth of the alleged policy, coverage and/or non-coverage allegations in the Amended Complaint, as contained in paragraphs 13, 14, 21, 22, 23, 24, 25, and as contained in paragraphs 26 through 42, inclusive, and as contained in the unnumbered paragraphs following paragraphs 34 and 42 in the Complaint filed herein.

### FIFTH DEFENSE

5. That it reserves the defense that this Court lacks subject matter jurisdiction and it therefore denies the allegations with respect to jurisdiction as contained in paragraphs 11 and 12 in the Amended Complaint, and it asserts that this filing may be an impermissible collateral attack on factual findings and/or matters developed in or being developed during the course of the said Jefferson County litigation, as referenced above, and this Amended Complaint therefore is or may be subject to dismissal herein.

## SIXTH DEFENSE

6. That this Defendant incorporates by reference and it reasserts, realleges, and reaffirms its assertions and denials and defenses as set forth in and as may be reasonably implied in its Answer(s) filed in the said Jefferson County litigation with respect to the claims of any and all other parties in that litigation, as if reasserted, realleged and restated verbatim herein.

## SEVENTH DEFENSE

7. That this Defendant also reserves the right to present such other affirmative defenses as discovery, the investigation, or evidence may show, including the defenses of the applicable statute(s) of limitations, laches, estoppel, release, waiver, and the statute of frauds.

This Defendant demands a trial by jury on all issues triable by jury.

Ryan Incorporated Central
By Counsel

/s/ Patrick J. Nooney
Patrick J. Nooney, Esquire
West Virginia Bar No. 5593
PATRICK J. NOONEY, P.A.
117 South Potomac Street, Second Floor
Post Office Box 3115
Hagerstown, Maryland 21741
(301) 797-9200

Counsel for Defendant Ryan Incorporated Central

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
At Martinsburg

LANCER INSURANCE COMPANY,

    Plaintiff,                                    Civil Action No. 3:09CV18

v.                                               Judge John Preston Bailey

VIP LIMOUSINE SERVICE, LTD, et al.,

    Defendants.

## CERTIFICATE OF SERVICE

I, Patrick J. Nooney, counsel for Defendant Ryan Incorporated Central, do hereby certify that on September 4, 2009, I electronically filed the foregoing **ANSWER TO AMENDED COMPLAINT OF DEFENDANT RYAN INCORPORATED CENTRAL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Michael E. Lang, Esquire
    Vicki H. Mortimer, Esquire
    MALONE, MIDDLEMAN, P.C.
    117 VIP Drive
    Suite 310
    Wexford, Pennsylvania 15090

    F. Samuel Byrer, Esquire
    Peter A. Pentony, Esquire
    LAW OFFICE OF F. SAMUEL BYRER, PLLC
    202 West Liberty Street
    P. O. Box 597
    Charles Town, West Virginia 25414

    Michael D. Lorensen, Esquire
    BOWLES RICE McDAVID GRAFF & LOVE, LLP
    101 South Queen Street, P. O. Drawer 1419
    Martinsburg, West Virginia 25402-1419

Anthony C. Sunseri, Esquire
BURNS, WHITE & HICKTON, LLC
The Maxwell Centre
32-20th Street, Suite 200
Wheeling, West Virginia 26003

Daniel R. Schuda, Esquire
Karen E. Jenkins, Esquire
SCHUDA & ASSOCIATES, PLLC
P. O. Box 3425
Charleston, West Virginia 25335-3425

/s/ Patrick J. Nooney
Patrick J. Nooney, Esquire